IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATIE L. BURCHAM, as Personal Representative of the Estate of Jane L. Mattson, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:11CV3190 |
| v. | ) ) | |
| NORTH CENTRAL TRANSPORTATION, INC., a North Dakota Corporation, DEBBIE J. SOLLENBERGER, an individual, and KENT D. KINCANON, an individual, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

IT IS ORDERED:

The motion to withdraw filed by Brian S. Kruse as counsel of record on behalf of Plaintiff Katie L. Burcham, as Personal Representative of the Estate of Jane L. Mattson, (filing no. 26), is granted.

DATED this 5th day of April, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge