# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATIE L. BURCHAM, as Personal Representative of THE ESTATE OF JANE L. MATTSON, | ) ) ) ) | Case No. 4:11-cv-3190 |
| Plaintiff, | ) ) | STIPULATION AND JOINT MOTION FOR JUDGMENT OF DISMISSAL |
| vs. | ) ) | |
| NORTH CENTRAL TRANSPORTATION, INC., a North Dakota Corporation, DEBBIE J. SOLLENBERGER, an individual, and KENT D. KINCANON, an individual | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

It is hereby stipulated by and between the parties hereto that the plaintiff's Complaint and all causes of action stated therein against the defendants be dismissed with prejudice, attorneys' docket fee waived, and with costs taxed to the parties incurring the same.

The parties jointly move that this stipulation be granted and that a judgment be entered accordingly.

Dated this 5th day of ~~August~~ September, 2012.

KATIE L. BURCHAM, as Personal
Representative of THE ESTATE OF
WILLIAM K. MATTSON, Plaintiff

BY: _____

Peter C. Wegman #16685
Mark R. Richardson #24719
REMBOLT LUDTKE, LLP
1201 Lincoln Mall – Suite 102
Lincoln, NE 68508
402/475.5100

and

Robert J. Parker, Jr.  #19108
SEILER & PARKER, PC, LLO
726 Eastside Blvd.
PO Box 1288
Hastings, NE  68902-1288
402/463.3125


KENT D. KINCANON, Defendant

BY: _____
D. Steven Leininger  #12452
LEININGER SMITH JOHNSON
   BAACK, PLACZEK & ALLEN
104 No. Wheeler Street
PO Box 790
Grand Island, NE  68802-0790
308/382.1930


NORTH CENTRAL TRANSPORTATION,
INC. and DEBBIE J. SOLLENBERGER.
Defendants

BY: /s/Stephen S. Gealy_____
Stephen S. Gealy   #17051
BAYLOR, EVNEN, CURTISS, GRIMIT
   & WITT, LLP
1248 "O" Street - Suite 600
Lincoln, NE  68508
402/475-1075

660124