IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATIE L. BURCHAM, as Personal Representative of the Estate of Jane L. Mattson,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTH CENTRAL TRANSPORTATION, INC., a North Dakota corporation, DEBBIE J. SOLLENBERGER, an individual, and KENT D. KINCANON, an individual,<br><br>    Defendants. | 4:11CV3190<br><br>JUDGMENT |

  This matter is before the Court on the parties' joint stipulation for dismissal (filing 47). The parties have agreed to dismiss this case with prejudice, each to bear its own costs. Accordingly,

  IT IS ORDERED:

  1. The parties' joint stipulation for dismissal (filing 47) is granted; and

  2. The case is dismissed, with prejudice, each party to bear its own costs.

  Dated this 6th day of September, 2012.

              BY THE COURT:

              John M. Gerrard
              United States District Judge